07-3298-SAC

## Forma Pauperis Affidavit

FILED
DEC 6 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

**COMES NOW**, the Petitioner, Martin Vasquez and request the court to grant him leave to proceed in forma pauperis.

In support, Petitioner would state:

(1) I am an inmate presently incarcerated at the L.C.M.H. Facility,

(2) I am indigent and do not have the funds to pay for the filing of this petition, court cost or any other costs that may arise from this action.

(3) I have a balance of $88.50 in my inmate saving accont, and need what little money I earn in state pay to take care of my personal maintenance.

**WHEREFORE**, the Petitioner prays that the court will allow him to proceed in forma pauperis.

*Martin Vasquez*
Signature of Petitioner


State of Kansas
                ss.

I,_____, being duly sworn upon my oath, depose and say that I have subscribed to the forgoing affidavit; that I know the contents thereof; and that the matters therein set forth are true.

_____
Signature of Affiant

SUBSCRIBED AND SWORN to before me this _____ day of _____, 200___.

_____
Notary Public

My Commission expires:

_____
(month)   (day)   (year)